```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------- X
RUTH CALDERON-CARDONA, et al.,        :
                                      :   11 Civ. 3283 (DLC)
        Petitioners/Judgment Creditors, :
                                      :
             v.                       :
                                      :       ORDER
JPMORGAN CHASE BANK, N.A.,            :
                                      :
        Respondent/Garnishee.         :
--------------------------------------:
RUTH CALDERON-CARDONA, et al.,        :
                                      :
        Petitioners/Judgment Creditors, :  11 Civ. 3284 (DLC)
                                      :
             v.                       :
                                      :
THE BANK OF NEW YORK MELLON,          :
                                      :
        Respondent/Garnishee.         :
--------------------------------------:
RUTH CALDERON-CARDONA, et al.,        :
                                      :
        Petitioners/Judgment Creditors, :
                                      :   11 Civ. 3285 (DLC)
             v.                       :
                                      :
HSBC,                                 :
        Respondent/Garnishee.         :
--------------------------------------:
RUTH CALDERON-CARDONA, et al.,        :
                                      :
        Petitioners/Judgment Creditors, :
                                      :   11 Civ. 3286 (DLC)
             v.                       :
                                      :
STANDARD CHARTERED,                   :
                                      :
        Respondent/Garnishee.         :
--------------------------------------:
RUTH CALDERON-CARDONA, et al.,        :
                                      :   11 Civ. 3288 (DLC)
        Petitioners/Judgment Creditors, :
                                      :
             v.                       :
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5/31/11

```
DEUTSCHE BANK TRUST COMPANY AMERICAS,    :
                                         :
         Respondent/Garnishee.           :
-----------------------------------------:
RUTH CALDERON-CARDONA, et al.,           :
                                         :
         Petitioners/Judgment Creditors, :  11 Civ. 3289 (DLC)
                                         :
            v.                           :
                                         :
UBS AG,                                  :
         Respondent/Garnishee.           :
-----------------------------------------:
RUTH CALDERON-CARDONA, et al.,           :
                                         :
         Petitioners/Judgment Creditors, :  11 Civ. 3290 (DLC)
                                         :
            v.                           :
                                         :
CITIBANK, N.A.,                          :
                                         :
         Respondent/Garnishee.           :
-----------------------------------------:
RUTH CALDERON-CARDONA, et al.,           :
                                         :
         Petitioners/Judgment Creditors, :  11 Civ. 3291 (DLC)
                                         :
            v.                           :
                                         :
INTESA SAOPAOLO,                         :
                                         :
         Respondent/Garnishee.           :
-----------------------------------------:
RUTH CALDERON-CARDONA, et al.,           :
                                         :
         Petitioners/Judgment Creditors, :  11 Civ. 3292 (DLC)
                                         :
            v.                           :
                                         :
BANK OF CHINA,                           :
                                         :
         Respondent/Garnishee.           :
-----------------------------------------X
```

DENISE COTE, District Judge:

IT IS HEREBY ORDERED that a conference will be held on **June 7, 2011** at **10:30 a.m.** in Courtroom 11B, 500 Pearl Street. The conference must be attended by the attorney who will serve as principal trial counsel.

IT IS FURTHER ORDERED that counsel for the plaintiffs is directed to serve a copy of this Order on all counsel.

Dated:   New York, New York
         May 31, 2011

                                          _____
                                                  DENISE COTE
                                          United States District Judge