```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------- X
RUTH CALDERON-CARDONA, et al.,        :
                                      :   11 Civ. 3283 (DLC)
         Petitioners/Judgment Creditors, :
                                      :
              v.                      :
                                      :
JPMORGAN CHASE BANK, N.A.,            :
                                      :
         Respondent/Garnishee.        :
--------------------------------------:
RUTH CALDERON-CARDONA, et al.,        :
                                      :
         Petitioners/Judgment Creditors, :   11 Civ. 3284 (DLC)
                                      :
              v.                      :
                                      :
THE BANK OF NEW YORK MELLON,          :
                                      :
         Respondent/Garnishee.        :
--------------------------------------:
RUTH CALDERON-CARDONA, et al.,        :
                                      :
         Petitioners/Judgment Creditors, :
                                      :   11 Civ. 3285 (DLC)
              v.                      :
                                      :
HSBC,                                 :
         Respondent/Garnishee.        :
--------------------------------------:
RUTH CALDERON-CARDONA, et al.,        :
                                      :
         Petitioners/Judgment Creditors, :
                                      :   11 Civ. 3286 (DLC)
              v.                      :
                                      :
STANDARD CHARTERED,                   :
                                      :
         Respondent/Garnishee.        :
--------------------------------------:
RUTH CALDERON-CARDONA, et al.,        :
                                      :
         Petitioners/Judgment Creditors, :
                                      :   11 Civ. 3288 (DLC)
              v.                      :
```

```
DEUTSCHE BANK TRUST COMPANY AMERICAS,      :
                                           :
        Respondent/Garnishee.              :
-------------------------------------------:
RUTH CALDERON-CARDONA, et al.,             :
                                           :
        Petitioners/Judgment Creditors,    :    11 Civ. 3289 (DLC)
                                           :
        v.                                 :
                                           :
UBS AG,                                    :
        Respondent/Garnishee.              :
-------------------------------------------:
RUTH CALDERON-CARDONA, et al.,             :
                                           :
        Petitioners/Judgment Creditors,    :
                                           :    11 Civ. 3290 (DLC)
        v.                                 :
                                           :
CITIBANK, N.A.,                            :
                                           :
        Respondent/Garnishee.              :
-------------------------------------------:
RUTH CALDERON-CARDONA, et al.,             :
                                           :
        Petitioners/Judgment Creditors,    :
                                           :    11 Civ. 3291 (DLC)
        v.                                 :
                                           :
INTESA SAOPAOLO,                           :
                                           :
        Respondent/Garnishee.              :
-------------------------------------------:
RUTH CALDERON-CARDONA, et al.,             :
                                           :
        Petitioners/Judgment Creditors,    :
                                           :    11 Civ. 3292 (DLC)
        v.                                 :
                                           :
BANK OF CHINA,                             :
                                           :
        Respondent/Garnishee.              :
-------------------------------------------X
```

DENISE COTE, District Judge:

As set forth at a conference held on July 7, 2011, the following schedule shall govern any response to the May 23, 2011 petition for turnover in this case:

1. Respondents JPMorgan Chase Bank, N.A., The Bank of New York Mellon, and Deutsche Bank Trust Company Americas shall file any revisions to their previously submitted responses to the petition by **July 22, 2011.**

2. All other respondents shall indicate that they join in the responses filed on July 22 or file their own responses by **August 5, 2011.**

3. The United States Government shall file any statement of interest in the case by **August 5, 2011.**

4. Any opposition by the petitioner shall be filed by **September 9, 2011.**

5. The parties shall submit a letter advising the Court on the status of negotiations as to the method of notice by **September 9, 2011.**

6. Any respondent that has submitted a response to the petition shall submit any reply to the petitioner's opposition by **September 16, 2011.**

7. All other respondents shall file any response or indicate that they join in previously filed responses by **September 20, 2011.**

SO ORDERED:

Dated:   New York, New York
         July 7, 2011

                                    _____
                                           DENISE COTE
                                    United States District Judge