**MEMO ENDORSED**

# COVINGTON & BURLING LLP

| | | |
|---|---|---|
| THE NEW YORK TIMES BUILDING<br>620 EIGHTH AVENUE<br>NEW YORK, NY 10018-1405<br>TEL 212.841.1000<br>FAX 212.841.1010<br>WWW.COV.COM | BEIJING<br>BRUSSELS<br>LONDON<br>NEW YORK<br>SAN DIEGO<br>SAN FRANCISCO<br>SILICON VALLEY<br>WASHINGTON | MARK P. GIMBEL<br>TEL 212.841.1161<br>MGIMBEL @ COV.COM  7/21/11 |

July 20, 2011



RECEIVED JUL 21 2011

*By Hand Delivery*

Honorable Denise Cote
United States District Court
Southern District of New York
500 Pearl Street, Room 1040
New York, NY 10007-1312

Re:   *Calderon-Cardona et al v. Deutsche Bank Trust Company Americas*, S.D.N.Y. Docket No. 11 CV 3288 (DLC) and related judgment enforcement actions filed under Docket Nos. 11 CV 3283, 3284, 3285, 3286, 3289, 3290, 3291 and 3292

Dear Judge Cote:

We represent Deutsche Bank Trust Company Americas ("DBTCA").

By order dated July 8, 2011, the Court granted DBTCA, J.P. Morgan Chase Bank, N.A. ("JPM") and the Bank of New York Mellon ("BNY") the option of submitting revised briefs in response to Plaintiff's Petition by July 22, 2011. The Court also set an August 5 deadline for the other bank respondents to file their own responses to the Petition or join in the papers filed by DBTCA, JPM, and BNY.

DBTCA intends to rely on its prior submissions and accordingly does not plan on submitting a revised Memorandum of Law or Answer. However, DBTCA respectfully requests the opportunity to join in any additional arguments that may be made by JPM or BNY by filing a brief joinder by August 5, the same deadline set for the other respondent banks to join in previous submissions.

Respectfully,

Mark P. Gimbel

cc:   Robert J. Tolchin, Esq. (by e-mail)
      Sharon L. Schneier, Esq. (by e-mail)
      J. Kelly Nevling, Esq. (by e-mail)
      Paul Stecker, Esq. (by e-mail)
      Barry Glickman, Esq. (by e-mail)
      Lanier Saperstein, Esq. (by e-mail)
      Jane Morril, Esq. (by e-mail)

Granted.
Denise Cote
July 21, 2011