UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT NEW YORK
----------------------------------------------------------------- x
RUTH CALDERON-CARDONA, et al.,

        Petitioners/Judgment-Creditors,

- against -

UBS AG,

        Respondent/Garnishee.
----------------------------------------------------------------- x

Docket No.: 11-cv-3289 (DLC)

Judgment No. 10,1746

## RESPONSE OF UBS AG TO
## PETITIONERS' AMENDED ORDER TO SHOW CAUSE

Pursuant to this Court's order dated July 8, 2011, Respondent/Garnishee UBS AG states that it hereby joins in the submissions filed by Deutsche Bank Trust Company Americas (11-cv-03288 (DLC), ECF # 10) and the Bank of New York Mellon (11-cv-03284 (DLC), ECF # 13), and the supplemental submission of JPMorgan Chase Bank, N.A. served on July 29, 2011.

Dated: New York, New York
       August 5, 2011

                              DAVIS WRIGHT TREMAINE LLP

                              By: /s/ Sharon L. Schneier
                                  Sharon L. Schneier (SLS 1151)

                              1633 Broadway
                              New York, New York 10019
                              (212) 489-8230

                              *Attorneys for Respondent/Garnishee UBS AG*