# THE BERKMAN LAW OFFICE, LLC

111 Livingston Street, Suite 1928
Brooklyn, New York 11201

Tel: (718) 855-3627

Fax: (718) 855-4696

9/9/11

September 8, 2011



Hon. Denise L. Cote
United States District Judge
United States District Court for the
    Southern District of New York
United States Courthouse
500 Pearl Street
New York, New York 10007

>   Re:  Collection proceedings relating to *Calderon-Cardona v. Democratic People's Republic of Korea*, (Dist. P.R. 08-CV-137).
>   SDNY Docket nos. 11-CV-3283, 3284, 3285, 3286, 3288, 3289, 3290, 3291, 3292

Dear Judge Cote,

This firm represents the petitioners/judgment-creditors in the actions referenced above. I write to request a modification of the briefing schedule embodied in the July 7, 2011 scheduling order.

The modification of the briefing schedule we seek would extend all the remaining deadlines by four days.

The reason for this request is that one of the attorneys who has been working on this matter and who has been primarily handling research and drafting has unfortunately been ill, and has been taking a medication that left him weak and limited his ability to work, and this has caused him to fall behind. Earlier today I reached out to the respondents/stakeholder banks' counsel to seek their consent. Several consented, one is on vacation, and none objected.

The modification requested is as follows:

THE BERKMAN LAW OFFICE, LLC

September 8, 2011
Page 2 of 2

| Item | Old date | New Date |
|---|---|---|
| Any opposition by the petitioner | 9-9-11 | 9-13-11 |
| Parties to submit letter advising the Court on the status of negotiations as to the method of notice | 9-9-11 | 9-13-11 |
| Any respondent that has submitted a response to the petition shall submit any reply to the petitioner's opposition | 9-16-11 | 9-20-11 |
| All other respondents shall file any response or indicate that they join in previously filed responses | 9-20-11 | 9-24-11 |

We thank the Court for its accommodations in this matter.

Respectfully yours,

Robert J. Tolchin

Cc: All respondents' counsel by email

Granted.
/s/ Denise Cote
Sept. 9, 2011