# THE BERKMAN LAW OFFICE, LLC

111 Livingston Street, Suite 1928
Brooklyn, New York 11201

Tel: (718) 855-3627


SEP 15 2011
DENISE COTE

**MEMO ENDORSED**

Fax: (718) 855-4696

September 14, 2011

**BY HAND**

Hon. Denise L. Cote
United States District Judge
United States District Court for the
 Southern District of New York
United States Courthouse
500 Pearl Street
New York, New York 10007

9/15/11

Re: Collection proceedings relating to *Calderon-Cardona v. Democratic People's Republic of Korea*, (Dist. P.R. 08-CV-137).
SDNY Docket nos. 11-CV-3283, 3284, 3285, 3286, 3288, 3289, 3290, 3291, 3292

Dear Judge Cote,

This firm represents the petitioners/judgment-creditors in the actions referenced above. I write to request a further modification of the briefing schedule embodied in the July 7, 2011 scheduling order.

As I previously advised the Court when I requested a four day extension on September 8, which request was granted by the Court (DE 24), one of the attorneys who has been working on this matter and who has been primarily handling research and drafting has unfortunately been ill, and has been taking a medication that left him weak and limited his ability to work, and this has caused him to fall behind. While we believed that the four day extension previously requested would be sufficient, that seems to have been too Pollyannaish, and we find ourselves now needing to request that the schedule be extended again.

THE BERKMAN LAW OFFICE, LLC

September 14, 2011
Page 2 of 2

      We have consulted with counsel for the respondent/stakeholders who have suggested and consented to modifying the pending deadlines as follows. It should be noted that this proposed schedule takes into account the various Jewish holidays that occur over this time span and are observed by various counsel herein.

| Item | Current date | New Date |
|---|---|---|
| Any opposition by the petitioner | 9-13-11 | 9-23-11 |
| Any respondent that has submitted a response to the petition shall submit any reply to the petitioner's opposition | 9-20-11 | 10-7-11 |
| All other respondents shall file any response or indicate that they join in previously filed responses | 9-24-11 | 10-12-11 |

      We thank the Court for its accommodations in this matter.

Respectfully yours,

Robert J. Tolchin

Cc: All respondents' counsel by email

*Granted. There shall be no further extension.*

*Denise Cote*
*Sept. 15, 2011*