UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT NEW YORK
------------------------------------------------------------x

RUTH CALDERON-CARDONA, et al.,

       Petitioners/Judgment-Creditors,

       - against -

UBS AG,

       Respondent/Garnishee.

------------------------------------------------------------x

Docket No.: 11-cv-3289 (DLC)

Judgment No. 10,1746

## REPLY RESPONSE OF UBS AG TO PETITIONERS' AMENDED ORDER TO SHOW CAUSE

Pursuant to this Court's order dated July 8, 2011, as amended by the memo endorsed letter dated September 15, 2011, Respondent/Garnishee UBS AG states that it hereby joins in the reply submissions filed by Deutsche Bank Trust Company Americas (11-cv-03288 (DLC), ECF # 22) and JPMorgan Chase Bank, N.A. (11-cv-3283 (DLC), ECF #29).

Dated: New York, New York
       October 12, 2011

       DAVIS WRIGHT TREMAINE LLP

       By:_____/s/_____
          Sharon L. Schneier (SLS 1151)

          1633 Broadway
          New York, New York 10019
          (212) 489-8230

       *Attorneys for Respondent/Garnishee UBS AG*