USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 12/8/11

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------X
RUTH CALDERON-CARDONA, et al.,
    Petitioners/Judgment Creditors,        11 **CIVIL** 3283 (DLC)

-against-        **JUDGMENT**

JPMORGAN CHASE BANK, N.A.,
    Respondent/Garnishee.
------------------------------------------------------------X
RUTH CALDERON-CARDONA, et al.,
    Petitioners/Judgment Creditors,        11 **CIVIL** 3284 (DLC)

-against-        **JUDGMENT**

THE BANK OF NEW YORK MELLON,
    Respondent/Garnishee.
------------------------------------------------------------X
RUTH CALDERON-CARDONA, et al.,
    Petitioners/Judgment Creditors,        11 **CIVIL** 3285 (DLC)

-against-        **JUDGMENT**

HSBC,
    Respondent/Garnishee.
------------------------------------------------------------X
RUTH CALDERON-CARDONA, et al.,
    Petitioners/Judgment Creditors,        11 **CIVIL** 3286 (DLC)

-against-        **JUDGMENT**

STANDARD CHARTED,
    Respondent/Garnishee.
------------------------------------------------------------X
RUTH CALDERON-CARDONA, et al.,
    Petitioners/Judgment Creditors,        11 **CIVIL** 3288 (DLC)

-against-        **JUDGMENT**

DEUTSCHE BANK TRUST COMPANY
AMERICAS,
    Respondent/Garnishee.
------------------------------------------------------------X

------------------------------------------------------------X
RUTH CALDERON-CARDONA, et al.,
    Petitioners/Judgment Creditors,        11 **CIVIL** 3289 (DLC) ← Fie Hone

-against-        **JUDGMENT**

UBS AG,
    Respondent/Garnishee.
------------------------------------------------------------X
RUTH CALDERON-CARDONA, et al.,
    Petitioners/Judgment Creditors,        11 **CIVIL** 3290 (DLC)

-against-        **JUDGMENT**

CITIBANK, N.A.,
    Respondent/Garnishee.
------------------------------------------------------------X
RUTH CALDERON-CARDONA, et al.,
    Petitioners/Judgment Creditors,        11 **CIVIL** 3291 (DLC)

-against-        **JUDGMENT**

INTESA SAOPAOLO.,
    Respondent/Garnishee.
------------------------------------------------------------X
RUTH CALDERON-CARDONA, et al.,
    Petitioners/Judgment Creditors,        11 **CIVIL** 3292 (DLC)

-against-        **JUDGMENT**

BANK OF CHINA.,
    Respondent/Garnishee.
------------------------------------------------------------X

    Whereas the above-captioned actions having come before this Court, and the matter having come before the Honorable Denise Cote, United States District Judge, and the Court, on December 7, 2010, having rendered its Opinion and Order that the petitioners have failed to demonstrate that they are entitled to relief under TRIA § 201, FSIA § 1610(g), or N.Y. C.P.L.R. §§ 5225(b) and 5227, denying the petitions for turnover of February 18, 2011, and directing the Clerk of the Court to enter judgment for respondents and to close the cases, it is,

**ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion and Order dated December 7, 2010, the petitioners have failed to demonstrate that they are entitled to relief under TRIA §201, FSIA § 1610(g), or N.Y. C.P.L.R. §§ 5225(b) and 5227; ;the petitions for turnover of the February 18, 2011 are denied; judgment is hereby entered for respondents; accordingly, the cases are closed.

**Dated:** New York, New York
December 8, 2011

**RUBY J. KRAJICK**
Clerk of Court

BY: _____
Deputy Clerk