USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 12/21/2011

U.S. DISTRICT COURT FILED MAY 12 2011 S.D. OF N.Y.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
RUTH CALDERON-CARDONA, et al.,                :       Docket No. M18-302
                                              :       Judgment No. 10,1746
       Petitioners/Judgment Creditors,        :

       -against-                              :

JPMORGAN CHASE BANK, N.A.,

       Respondent/Garnishee.                  :
------------------------------------------------------------x
RUTH CALDERON-CARDONA, et al.,                :       Docket No. M18-302
                                              :       Judgment No. 10,1746
       Petitioners/Judgment Creditors,        :

       -against-                              :

THE BANK OF NEW YORK MELLON,

       Respondent/Garnishee.                  :
------------------------------------------------------------x
RUTH CALDERON-CARDONA, et al.,                :       Docket No. M18-302
                                              :       Judgment No. 10,1746
       Petitioners/Judgment Creditors,        :

       -against-                              :

HSBC,

       Respondent/Garnishee.                  :
------------------------------------------------------------x
RUTH CALDERON-CARDONA, et al.,                :       Docket No. M18-302
                                              :       Judgment No. 10,1746
       Petitioners/Judgment Creditors,        :

       -against-                              :

STANDARD CHARTERED,

       Respondent/Garnishee.                  :
------------------------------------------------------------x
RUTH CALDERON-CARDONA, et al.,                :       Docket No. M18-302
                                              :       Judgment No. 10,1746
       Petitioners/Judgment Creditors,        :

**MEMO ENDORSED**

MICROFILM

-against- :

DEUTSCHE BANK TRUST COMPANY
AMERICAS,
        Respondent/Garnishee. :
------------------------------------------------------------x
RUTH CALDERON-CARDONA, et al., :    Docket No. M18-302
                                                                                               Judgment No. 10,1746

        Petitioners/Judgment Creditors, :

        -against- :

UBS AG,

        Respondent/Garnishee. :
------------------------------------------------------------x
RUTH CALDERON-CARDONA, et al., :    Docket No. M18-302
                                                                             Judgment No. 10,1746

        Petitioners/Judgment Creditors, :

        -against- :

CITIBANK, N.A.,

        Respondent/Garnishee. :
------------------------------------------------------------x
RUTH CALDERON-CARDONA, et al., :    Docket No. M18-302
                                                                             Judgment No. 10,1746

        Petitioners/Judgment Creditors, :

        -against- :

BANK OF CHINA,

        Respondent/Garnishee. :
------------------------------------------------------------x
RUTH CALDERON-CARDONA, et al., :    Docket No. M18-302
                                                                             Judgment No. 10,1746

        Petitioners/Judgment Creditors, :

        -against- :

INTESA SAOPAOLO,

        Respondent/Garnishee. :
------------------------------------------------------------x

IT IS HEREBY ORDERED:

1. The Clerk's Office will assign a separate index number to each of the above-captioned proceedings, and all documents filed in each of the proceedings from the time that index number is assigned to that proceeding will be filed under the assigned index number.

2. The requisite filing fee for each of the above-captioned proceedings is waived.

3. The above-captioned proceedings shall be consolidated and assigned to one judge. Consolidation is appropriate because each of the proceedings is a petition to execute the judgment in *Calderon-Cardona, et al. v. Democratic People's Republic of Korea, et al.*, No. 08 Civ. 1367 (Dist. P.R.); all of the petitions have heretofore proceeded together; and further proceedings are likely to require adjudication of related and substantially identical issues.

Dated: New York, New York
May 9, 2011

Richard J. Holwell
United States District Judge

The Clerk of Court shall consolidate these cases under Docket Number 11 Civ. 3283.

Denise Cote
Jul. 21, 2011