```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------X
RUTH CALDERON-CARDONA, et al.,          :
                                        :
        Petitioners/Judgment Creditors, :
                                        :       11 Civ. 3283 (DLC)
           v.                           :
                                        :
JPMORGAN CHASE BANK, N.A.,              :
                                        :
        Respondent/Garnishee.           :
----------------------------------------X
RUTH CALDERON-CARDONA, et al.,          :
                                        :
        Petitioners/Judgment Creditors, :
                                        :
           v.                           :       11 Civ. 3284 (DLC)
                                        :
THE BANK OF NEW YORK MELLON,            :
                                        :
        Respondent/Garnishee.           :
----------------------------------------X
RUTH CALDERON-CARDONA, et al.,          :
                                        :
        Petitioners/Judgment Creditors, :
                                        :
           v.                           :       11 Civ. 3285 (DLC)
                                        :
HSBC,                                   :
                                        :
        Respondent/Garnishee.           :
----------------------------------------X
RUTH CALDERON-CARDONA, et al.,          :
                                        :
        Petitioners/Judgment Creditors, :
                                        :
           v.                           :       11 Civ. 3286 (DLC)
                                        :
STANDARD CHARTERED,                     :
                                        :
        Respondent/Garnishee.           :
----------------------------------------X
```

12/23/11

```
-------------------------------------------X
RUTH CALDERON-CARDONA, et al.,              :
                                            :
        Petitioners/Judgment Creditors,     :
                                            :
              v.                            :   11 Civ. 3288 (DLC)
                                            :
DEUTSCHE BANK TRUST COMPANY AMERICAS,       :
                                            :
        Respondent/Garnishee.               :
------------------------------------------ X
RUTH CALDERON-CARDONA, et al.,              :
                                            :
        Petitioners/Judgment Creditors,     :
                                            :
              v.                            :   11 Civ. 3289 (DLC)
                                            :
UBS AG,                                     :
                                            :
        Respondent/Garnishee.               :
-------------------------------------------X
RUTH CALDERON-CARDONA, et al.,              :
                                            :
        Petitioners/Judgment Creditors,     :
                                            :
              v.                            :   11 Civ. 3290 (DLC)
                                            :
CITIBANK, N.A.,                             :
                                            :
        Respondent/Garnishee.               :
-------------------------------------------X
RUTH CALDERON-CARDONA, et al.,              :
                                            :
        Petitioners/Judgment Creditors,     :
                                            :
              v.                            :   11 Civ. 3291 (DLC)
                                            :
INTESA SAOPAOLO,                            :
                                            :
        Respondent/Garnishee.               :
-------------------------------------------X
```

```
------------------------------------------X
RUTH CALDERON-CARDONA, et al.,             :
                                           :
        Petitioners/Judgment Creditors,    :
                                           :   11 Civ. 3292 (DLC)
        v.                                 :
                                           :        ORDER
BANK OF CHINA,                             :
                                           :
        Respondent/Garnishee.              :
------------------------------------------X
```

DENISE COTE, District Judge:

    The Clerk of Court shall consolidate these cases under Docket Number 11 Civ. 3283.


    SO ORDERED:

Dated: New York, New York
      December 23, 2011

                                    _____
                                       DENISE COTE
                             United States District Judge