UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------x
RUTH CALDERON-CARDONA, et al.,

      Petitioners/Judgment Creditors,

      - against -            Civ. No. 11-03283 (DLC)

JPMORGAN CHASE BANK, N.A.,

      Respondent/Garnishee.
-----------------------------------x
-----------------------------------x
RUTH CALDERON-CARDONA, et al.,

      Petitioners/Judgment Creditors,

      - against -            Civ. No. 11-03284 (DLC)

THE BANK OF NEW YORK MELLON,

      Respondent/Garnishee.
-----------------------------------x
-----------------------------------x
RUTH CALDERON-CARDONA, et al.,

      Petitioners/Judgment Creditors,

      - against -            Civ. No. 11-03285 (DLC)

HSBC,

      Respondent/Garnishee.
-----------------------------------x

```
-----------------------------------x
                                   :
RUTH CALDERON-CARDONA, et al.,     :
                                   :
         Petitioners/Judgment Creditors, :
                                   :
         - against -               :  Civ. No. 11-03286 (DLC)
                                   :
STANDARD CHARTERED,                :
                                   :
         Respondent/Garnishee.     :
                                   :
-----------------------------------x
-----------------------------------x
                                   :
RUTH CALDERON-CARDONA, et al.,     :
                                   :
         Petitioners/Judgment Creditors, :
                                   :
         - against -               :  Civ. No. 11-03288 (DLC)
                                   :
DEUTSCHE BANK TRUST COMPANY        :
AMERICAS,                          :
                                   :
         Respondent/Garnishee.     :
                                   :
-----------------------------------x
-----------------------------------x
                                   :
RUTH CALDERON-CARDONA, et al.,     :
                                   :
         Petitioners/Judgment Creditors, :
                                   :
         - against -               :  Civ. No. 11-03289 (DLC)
                                   :
UBS AG,                            :
                                   :
         Respondent/Garnishee.     :
                                   :
-----------------------------------x
```

```
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x
RUTH CALDERON-CARDONA, et al.,                    :
                                                  :
         Petitioners/Judgment Creditors,          :
                                                  :
         - against -                              :   Civ. No. 11-03290 (DLC)
                                                  :
CITIBANK, N.A.,                                   :
                                                  :
         Respondent/Garnishee.                    :
                                                  :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x
RUTH CALDERON-CARDONA, et al.,                    :
                                                  :
         Petitioners/Judgment Creditors,          :
                                                  :
         - against -                              :   Civ. No. 11-03291 (DLC)
                                                  :
INTESA SAOPAOLO,                                  :
                                                  :
         Respondent/Garnishee.                    :
                                                  :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x
RUTH CALDERON-CARDONA, et al.,                    :
                                                  :
         Petitioners/Judgment Creditors,          :
                                                  :
         - against -                              :   Civ. No. 11-03292 (DLC)
                                                  :
BANK OF CHINA,                                    :
                                                  :
         Respondent/Garnishee.                    :
                                                  :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x
```

## **NOTICE OF APPEAL**

NOTICE IS HEREBY GIVEN that RUTH CALDERON-CARDONA; RUTH CALDERON-CARDONA, in her capacity as personal representative of THE ESTATE OF ELADIA CARDONA-ROSARIO; LUZ CALDERON-CARDONA; LUIS CALDERON-CARDONA; GLORIA CALDERON-CARDONA; JOSE RAUL CALDERON-CARDONA; ANA DELIA CALDERON-CARDONA; HILDA CALDERON-CARDONA; SALVADOR CALDERON-MARTINEZ; ANGEL CALDERON-GUZMAN in his capacity as personal representative of THE ESTATE OF MIGUEL CALDERON-CARDONA; MIGUEL CALDERON-GUZMAN in his capacity as personal representative of THE ESTATE OF MIGUEL CALDERON-CARDONA; ANGEL LUIS RAMIREZ-COLON in his capacity as personal representative of THE ESTATE OF PABLO TIRADO-AYALA; and ANTONIA RAMIREZ-FIERO, being the Petitioners/Judgment Creditors in all nine of the above-captioned consolidated actions (Civ. No. 11-03283, Civ. No. 11-03284, Civ. No. 11-03285, Civ. No. 11-03286, Civ. No. 11-03288, Civ. No. 11-03289, Civ. No. 11-03290, Civ. No. 11-03291, Civ. No. 11-03292) (collectively hereinafter: "Consolidated Actions") hereby appeal to the United States Court of Appeals for the Second Circuit from the Opinion and Order issued and entered by this Court in the Consolidated Actions on December 7, 2011, and from the Judgments issued and entered by this Court in the Consolidated Actions on December 8, 2011.

The Petitioners/Judgment Creditors appeal from each and every part of the above-referenced Judgments and Opinion and Order.

-5-

Dated: January 5, 2012

                                                               THE BERKMAN LAW OFFICE, LLC
*Attorneys for Petitioners / Judgment Creditors*

By:    /s/ Robert J. Tolchin
       Robert J. Tolchin

111 Livingston Street, Suite 1928
Brooklyn, New York 11201
(718) 855-3627
rjt.berkman@gmail.com